# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  RHONDA R. RIESSELMAN  
      309 SUNSET LANE  
      MOUNT MORRIS, IL  61054

SSN-xxx-xx-2085

Case Number: 08-73356

Case filed on: 10/20/2008  
Plan Confirmed on:

X Converted   Unconfirmed

Total funds received and disbursed pursuant to the plan:  $200.00            Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY DAVID H CARTER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RHONDA R. RIESSELMAN | 0.00 | 0.00 | 200.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 200.00 | 0.00 |
| 002 | ROCKFORD BELL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | OGLE COUNTY TREASURER | 1,998.00 | 1,998.00 | 0.00 | 0.00 |
|  | Total Secured | 1,998.00 | 1,998.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 22,749.08 | 0.00 | 0.00 | 0.00 |
| 004 | BENEFICIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CARD SERVICE CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | DR. HOLLSTROM | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | SPIRIT OF AMERICA NATIONAL BANK/ | 507.31 | 101.46 | 0.00 | 0.00 |
| 011 | FHN PHYSICIANS | 422.08 | 84.42 | 0.00 | 0.00 |
| 012 | HSBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | HSBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MENARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | BRAIN RIESSELMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | FHN MEMORIAL HOSPITAL | 818.05 | 163.61 | 0.00 | 0.00 |
| 017 | AMERICAN GENERAL FINANCE | 3,210.00 | 642.00 | 0.00 | 0.00 |
|  | Total Unsecured | 27,706.52 | 991.49 | 0.00 | 0.00 |
|  | Grand Total: | 29,704.52 | 2,989.49 | 200.00 | 0.00 |

Total Paid Claimant:  $200.00  
Trustee Allowance:  $0.00  
Percent Paid Unsecured:  0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
    Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>03/26/2009</u>            By  <u>/s/Heather M. Fagan</u>